Robert Mehlhaff
MEHLHAFF & HAY
Attorneys at Law
23950 S. Chrisman Road, Ste. A
P.O. Box 1129
Tracy, CA 95378-1129

McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITE LAKE MUTUAL WATER CO., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant; <br><br> UNITED STATES OF AMERICA, <br><br> Counterclaimant, <br><br> v. <br><br> WHITE LAKE MUTUAL WATER CO., <br><br> Counterclaim Defendant. | CIV. S-04-2565-LKK/DAD <br><br> **PARTIES' JOINT REQUEST TO EXTEND DISPOSITIONAL DOCUMENT FILING DATE** |

   The parties have taken longer than expected to carry out the communications needed to arrive at dispositional documents effectuating their settlement.  They estimate that they can put the dispositional documents into final form for the Court within another sixty days.  They therefore stipulate and request that the Court modify its Order filed July 13, 2005, to extend the dispositional document filing date from September 9, 2005, until November 8, 2005.

1

| | | |
|---|---|---|
| Dated: September 7, 2005 | | MEHLHAFF & HAY |
| | By: | /s/ Robert Mehlhaff<br>ROBERT MEHLHAFF<br>Attorneys for Plaintiff and Counterclaim Defendant<br>WHITE LAKE MUTUAL WATER COMPANY |
| Dated: September 6, 2005 | | McGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/ Y H T Himel<br>YOSHINORI H. T. HIMEL<br>Assistant U. S. Attorney<br>Attorneys for Defendant and Counterclaimant<br>UNITED STATES OF AMERICA |

Of Counsel:

KAREN D. KOCH
Assistant Regional Solicitor
United States Department of the Interior
2800 Cottage Way, Room E-1712
Sacramento, CA 95825
Telephone: (916) 978-5687
Facsimile: (916) 978-5694

## ORDER

It is APPROVED and SO ORDERED. The dispositional document filing date of September 9, 2005, is EXTENDED by 60 days. The parties shall submit their dispositional document or documents to the court by November 8, 2005.

DATED: September 12, 2005        /s/Lawrence K. Karlton
                                  UNITED STATES DISTRICT JUDGE